# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v | (For a Petty Offense) |
| THOMAS C. CARR | CASE NUMBER: 4:06CR781 AGF |

Lee T. Lawless
Defendant's Attorney

**THE DEFENDANT:**

☒ THE DEFENDANT pleaded guilty to Count(s) One and Two of the Information filed on 12/22/06.

☐ THE DEFENDANT was found guilty on count(s) _____

☐ THE DEFENDANT was found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1382 | Unlawful Entry of a Military Installation | June 6, 2006 | One |
| 18 USC 1361 | Damage of Government Property | June 6, 2006 | Two |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. 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

Defendant's Date of Birth: April 1, 1970

Defendant's USM No.: 34600-044

Defendant's Residence Address:
29 Fawnmeadows
Eureka, MO 63025

March 24, 2008
Date of Imposition of Judgment

*Audrey G. Fleissig*
Signature of Judicial Officer

Honorable Audrey G. Fleissig
United States Magistrate Judge
Name and Title of Judicial Officer

Defendant's Mailing Address:
Same as above.

March 24, 2008
Date

Record No.: 220

DEFENDANT: THOMAS C. CARR

CASE NUMBER: 4:06CR781 AGF

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution (Complete Sheet 4) |
|---|---|---|---|
| Count One | $10.00 | $250.00 |  |
| Count Two | $25.00 |  |  |
| Totals: | $35.00 | $250.00 |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement .................... _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☐ in full immediately; or

B ☐ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____, or

D ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ installments of _____ over a period of _____ to commence _____ after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney

DEFENDANT: THOMAS C. CARR
CASE NUMBER: 4:06CR781 AGF
District:    Eastern District of Missouri

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

IT IS FURTHER ORDERED the defendant shall pay to the United States a fine of $250. Payments of the fine are to be made to the Clerk of Court. All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If defendant cannot pay in full immediately, then the defendant shall make payments in monthly installments of at least $50, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days from this date. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $35, with the payment of $10 on count one and $25 on count two, for a total of $35, that shall be due immediately.